IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| NORMAN L. AGNEW, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:18-CV-064-D |
| K. FOLEY, et al., | § § § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the June 1, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's June 14, 2018 objections, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed without prejudice to refiling with payment of the filing fee. All of plaintiff's motions filed before and after the filing of the magistrate judge's June 1, 2018 findings, conclusions, and recommendation are denied.

**SO ORDERED**.

July 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE